IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL MOLINA | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-5824 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of May, 2014, after careful review of the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski, dated April 23, 2014 and no objections of record thereto having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction to Cease Institutional Retaliation (Docket No. 6) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.